Harriett M. Clendenning, Respondent, *v.* Bernard McGinn, as Executor of George H. Ryerson, Deceased, Appellant.

Submitted May 20, 1941; decided June 12, 1941.

*George F. Roesch* for appellant.

*Wilmot Decker* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Lehman, Ch. J., Loughran, Finch, Rippey, Lewis, Conway and Desmond, JJ.